# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PENN ELLETSON, *et al.*, | |
| Plaintiffs, | 2:17-cv-01107-JCM-VCF |
| vs. | **REPORT AND RECOMMENDATION** |
| CHALMERS AUTOMOTIVE, LLC, *et al.*, | |
| Defendants. | |

On May 7, 2017, the Court held a hearing on an Order to Show Cause. (ECF No. 49). For the reasons discussed below, the Court recommends entering default against Chalmers Automotive and Michael Ferris.

The Court previously granted a motion to withdraw as counsel for Chalmers Automotive and ordered Chalmers Automotive to retain counsel by January 5, 2018. (ECF No. 39). Chalmers Automotive failed to retain counsel, and the Court set an order to show cause hearing. (ECF No. 49). The Court warned that Chalmers Automotive could be sanctioned for failing to comply with the Court's order and directed the managing representative for Chalmers Automotive to appear at the hearing. (*Id.*). No one appeared on behalf of Chalmers Automotive.

"Corporations and other unincorporated associations must appear in court through an attorney." *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam). Chalmers Automotive has no counsel in this case. In addition, "Courts have inherent power in the interest of the orderly administration of justice and under Rule 41(b), FRCP, to dismiss for disobedience of its orders." *In re "Santa Barbara Like It Is Today" Copyright Infringement Litig.*, 94 F.R.D. 105, 108 (D. Nev. 1982). The Court ordered a

managing representative of Chalmers Automotive to appear at the May 7, 2018 hearing, yet no representative attended.  Therefore, default should be entered against Chalmers Automotive.

In addition, the Court previously granted a motion to compel and ordered Michael Ferris to answer Plaintiff's discovery On or before April 27, 2018.[1]  (ECF No. 48).  Michael Ferris failed to respond to Plaintiff's discovery requests.  For failure to abide by the Court's discovery order, default should be entered against Michael Ferris.

Plaintiffs also stated at the May 7, 2018 hearing that they have been unable to depose Michael Ferris or Albert Chalmers as permitted in the Court's order granting Plaintiffs' motion to compel.  (ECF No. 48).  Because Plaintiffs stated they do not believe a deposition is needed at this time, the Court hereby vacates the portion of the Court's order directing the depositions of Michael Ferris and Albert Chalmers.

Accordingly, and for good cause shown,

IT IS HEREBY RECOMMENDED that DEFAULT be entered against Chalmers Automotive and Michael Ferris for failure to maintain counsel and obey the Court's orders.

The Clerk of Court is directed to mail a copy of this order the following addresses:

Chalmers Automotive, LLC
c/o Albert J. Chalmers-Resident Agent
1420 Gentry Street
North Kansas City, MO 64116

Michael Ferris
1420 Gentry Street
North Kanas City, MO 64116

DATED this 7th day of May, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] The order also applied to Albert Chalmers, but he has filed a notice of bankruptcy in this case.  (ECF No. 51).